IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00139-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAYCEE L. COLLIER,

       Defendant.

**INDICTMENT**
**Counts 1-5: 18 U.S.C. § 1343**
**Counts 6-18: 18 U.S.C. § 201(b)(2)(B)**

The Grand Jury charges that:

General Allegations

1. At all times relevant to this Indictment, the United States Army Reserve (USAR), located in Fort Bragg, North Carolina, had a contract with Document & Packaging Brokers, Inc. ("Docupak"), located in Alabaster, Alabama, for Docupak to administer a program called the Army Reserve Recruiting Assistant Program ("AR-RAP"). The AR-RAP offered monetary incentives in the form of recruiting referral bonuses to Army Reserve soldiers, known as Recruiter Assistants (RA), for encouraging others to join the USAR.   After enrolling online and completing an online training course, the RA would establish an online account to record that RA's nominations of others for enlistment in the USAR.   If a potential soldier, known as a nominee, signed an enlistment contract,

1

the RA who nominated that recruit would receive a $1,000 payment through direct deposit into a bank account designated by the RA in his online Docupak account. The RA would receive an additional $1,000 direct deposit payment if the nominee attended basic training. If a nominee had previously served in the Armed Forces, that nominee was not required to attend basic training. In that instance, the RA would receive an additional $1,000 once that nominee reported to his or her Army Reserve Unit. Payments were wired from Docupak's Alabama bank account to the RA's designated bank account.

  2. The USAR training module detailed the responsibilities of RAs, which included but were not limited to: identifying recruits within their own civilian sphere of influence, entering the recruit's profile data (personal identifying information) into the Docupak website with that recruit's consent, arranging a meeting for the recruit with an USAR recruiter, maintaining contact with the new recruit throughout the recruitment process, and documenting that contact in the recruit's profile on the Docupak website.

  3. At all times relevant to this Indictment, JAYCEE COLLIER was employed as a civilian employee with the Department of Defense at the Military Entrance Processing Station (MEPS) in Denver, Colorado. In his position as a Lead Human Resources Division Assistant (HRA), COLLIER was responsible for handling enlistment packets for new recruits joining the USAR and processed through the Denver office. As such, COLLIER was ineligible to participate in the AR-RAP program.

  4. Docupak submitted invoices each month to the USAR Contracting Officer Representative for review and verification of services delivered.

**Counts 1-5**

5. The allegations contained in Paragraphs 1 through 4 of this Indictment are incorporated by reference as if fully set forth herein.

6. Beginning on or about and between March 10, 2009, and July 25, 2012, in the State and District of Colorado, JAYCEE COLLIER knowingly devised a scheme to defraud and to obtain money and property, by means of materially false and fraudulent pretenses, representations, and promises, from the United States Army Reserve, an agency of the United States, through its subcontractor Docupak (hereinafter "the scheme").

7. It was part of the scheme that COLLIER, in an attempt to avoid detection for improperly referring recruits to RAs for nomination into the AR-RAP program, obtained or caused to be obtained the user names and passwords for eligible RAs so that COLLIER could enter nominations into those RAs' accounts and share in the AR-RAP bonus money. Over the time period alleged, COLLIER was involved in the nomination of over 65 recruits into the AR-RAP Program that resulted in fraudulent referral bonuses being paid to the RAs.

8. COLLIER'S transmission of the personal identifying information pertaining to the potential recruits resulted in payment of approximately $125,000 in fraudulent referral bonuses that were wired from Docupak to the RAs' bank accounts. In most instances, the RAs paid a portion of the fraudulent referral bonus money to COLLIER. Most RAs paid COLLIER on average $500 for each successful nomination. Over the time period

alleged, COLLIER received over $28,000 in payments from the RAs for fraudulent nominations.

9. On or about the dates listed below, in the State and District of Colorado, having devised and intending to devise the scheme described above, and for the purpose of executing the scheme described above, and in attempting to do so, COLLIER transmitted and caused to be transmitted by means of wire communication in interstate commerce a writing, signs, and signals, to wit, the names and personal identifiers of potential recruits from Colorado to Alabama:

| Count | Date of Wire Transmission | From | To | Recruit |
|---|---|---|---|---|
| 1 | 12/4/09 | Colorado | Alabama | TN |
| 2 | 4/1/10 | Colorado | Alabama | DS |
| 3 | 4/6/10 | Colorado | Alabama | RI |
| 4 | 4/14/10 | Colorado | Alabama | CK |
| 5 | 4/22/10 | Colorado | Alabama | LM |

**Counts 6-18**

10. On or about the dates listed below, in the State and District of Colorado, JAYCEE L. COLLIER, being a public official as defined in 18 U.S.C. § 201(a), did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept anything of value, that is, a portion of fraudulently obtained recruiting referral bonuses, in return for being influenced to commit, aid in committing, collude in, and allow any fraud, and make opportunity for the commission of any fraud, on the United States:

| Count | Date | Amount Paid to Collier | Payment Made By |
|---|---|---|---|
| 6 | 12/30/2009 | $500 | KS |
| 7 | 1/4/2010 | $500 | KS |
| 8 | 1/10/2010 | $500 | AS |
| 9 | 1/22/2010 | $500 | KS |
| 10 | 2/1/2010 | $500 | KF |
| 11 | 2/16/2010 | $500 | KF |
| 12 | 3/18/2010 | $500 | AS |
| 13 | 4/8/2010 | $500 | AB |
| 14 | 4/9/2010 | $500 | AB |
| 15 | 4/22/2010 | $500 | KS |
| 16 | 4/22/2010 | $500 | AS |
| 17 | 5/26/2010 | $500 | AS |
| 18 | 5/28/2010 | $500 | KF |

All in violation of 18 U.S.C. § 201(b)(2)(B).

## Forfeiture Allegation

11. The allegations contained in Counts 1 through 18 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

12. Upon conviction of the violations alleged in Counts 1 through 18 of this Indictment involving the commission of violations of 18 U.S.C. §§ 201(b)(2) and 1343, defendant JAYCEE L. COLLIER, shall forfeit to the United States, pursuant to Title 18,

5

United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offenses, including, but not limited to:

> A money judgment in the amount of proceeds obtained by the scheme and by the defendant.

13. If any of the property described above, as a result of any act or omission of the defendant:

- a) cannot be located upon the exercise of due diligence;
- b) has been transferred or sold to, or deposited with, a third party;
- c) has been placed beyond the jurisdiction of the Court;
- d) has been substantially diminished in value; or
- e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

Dated this ___8___ day of ___April___, 2014.

A TRUE BILL

Ink signature on file in the clerk's office
FOREPERSON

JOHN F. WALSH
United States Attorney

By: *s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: martha.paluch@usdoj.gov
Attorney for the United States

7