DATE:

DEFENDANT:     JAYCEE L. COLLIER

YOB:          1984

ADDRESS:       Denver, CO

COMPLAINT FILED?    _____ YES    ____X____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __ YES __X__ NO
    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:       Counts 1-5:      18 U.S.C. § 1343
                                    Wire Fraud

              Counts 6-18:     18 U.S.C. § 201(b)(2)(B)
                                    Bribery of a Public Official

LOCATION OF OFFENSE:

              Counts 1-5:      Denver and El Paso Counties, CO

              Counts 6-18:     Denver and El Paso Counties, CO

PENALTY:       Counts 1-5:      NMT 20 years of imprisonment; a fine of NMT $250,000; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count.

              Counts 6-18:     NMT 15 years of imprisonment; a fine of NMT the greater of $250,000 or 3x gain or loss from the offense, or both; NMT 3 years of supervised release; restitution; $100 special assessment fee.

AGENT:                Rolando Ortiz, Army CID

AUTHORIZED BY:        Martha A. Paluch
                      Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

   X      five days or less         _____   over five days      _____   other

THE GOVERNMENT

_____ will seek detention in this case     X     will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____   Yes     X     No

2