AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.
JAYCEE L. COLLIER

)
)
)
)   Case No.
)
)
)
)

*Defendant*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:15 pm, Apr 11, 2014
JEFFREY P. COLWELL, CLERK

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | Alfred A. Arraj District Courthouse<br>901  19th Street<br>Denver, CO  80294 |
|---|---|
| Courtroom No.: | A401 |
| Date and Time: | 04/25/2014 1:30 am |

This offense is briefly described as follows:
Wire Fraud, Bribery of a Public Official in violation of 18:U.S.C. Sections 1343 and 201(b)(2)(B)

Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, Colorado at 10:00 a.m.

Date:  04/08/2014

s/K Lyons
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk, U.S. District Court
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons         ☐ Returned this summons unexecuted

Date: 4/11/14

*Server's signature*

Rolando Ortiz, Special Agent
*Printed name and title*