IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JAYCEE L. COLLIER**,

    Defendant.

_____

## NOTICE OF APPEARANCE
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender, Interim

    s/ Brian R. Leedy
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Brian_Leedy@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2014, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch
    Assistant U.S. Attorney
    Email:  Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ms. Jaycee Collier   (U.S. Mail)

                              s/ Brian R. Leedy
                              BRIAN R. LEEDY
                              Assistant Federal Public Defender
                              633 Seventeenth Street, Suite 1000
                              Denver, Colorado  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Brian_Leedy@fd.org
                              Attorney for Defendant