IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAYCEE L. COLLIER,

       Defendant.

---

### STIPULATED PROTECTIVE ORDER

---

THE UNITED STATES OF AMERICA, through Assistant United States Attorney Martha A. Paluch, and defendant Jaycee L. Collier, through his counsel Assistant Federal Public Defender Brian R. Leedy, hereby submit this Stipulated Protective Order for the Court's consideration and approval.

Some of the discovery materials the government will produce to defendant contain personal identifying information of third parties, including dates of birth, Social Security numbers, addresses, telephone numbers, and financial account information, as well as tax information. Specifically, the IRS transcripts of potential witnesses A.B. and N.B.[1] are included in this discovery. Tax returns filed by N.B. are included as well.

In order to balance the privacy concerns of A.B. and N.B., as well as those of the numerous other third parties referenced in this discovery, against the important interest in

---

[1] For privacy reasons, persons other than the defendant will be referred to by their initials.

1

the government providing broad discovery in this case, the parties stipulate to this protective order.  For good cause, the Court may enter a protective order regulating discovery in a criminal case pursuant to Fed. R. Crim. P. 16(d)(1).

IT IS STIPULATED that disclosure of information contained in the discovery provided by the government shall be made only to the defendant, his attorney, and anyone hired or employed for the purpose for assisting in the preparation of the defense in this case; the defendant and his attorney or agents will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case; this information shall be maintained in the defense attorney's custody; and such information shall not otherwise be disclosed, reproduced, or disseminated.

SO STIPULATED:

_____        4/30/14
Brian R. Leedy                                              Dated
Counsel for Jaycee L. Collier

_____        4/30/14
AUSA Martha A. Paluch                            Dated
Counsel for the United States


APPROVED and SO ORDERED:

_____
The Honorable Boyd N. Boland
United States Magistrate Judge