**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 14-cr-0139-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **JAYCEE L. COLLIER**

    Defendant.

---

**ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT**

---

    This matter is before the Court on the Government's Motion to Disclose Copies of Grand Jury Material Under Specified Conditions to the Attorney for the Defendant (ECF No. 16), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same. It is, therefore,

    ORDERED that the Government's motion is GRANTED, and that grand jury testimony and grand jury documents may be disclosed to Defendant Collier and his attorney in the course of discovery in this case.

    It is FURTHER ORDERED that

    1.     Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

    2.     Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and

    that defense counsel deliver a copy of this Order allowing disclosure with the materials;

3. Defense counsel proved the Defendant with reasonable access to the grand jury materials, but that defense counsel not allow the Defendant to retain copies of any grand jury materials;

4. No person. Other than defense counsel, make any copy of the grand jury materials for any purpose; and

5. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within 10 days.

Dated this 23rd day of May, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge