IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JAYCEE L. COLLIER**,

    Defendant.

_____

## NOTICE OF DISPOSITION
_____

Notice is hereby given that a disposition has been reached in the above-captioned case.  The parties request permission to contact chambers to jointly schedule a change of plea hearing.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender, Interim


    s/ Brian R. Leedy
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Brian_Leedy@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch
Assistant U.S. Attorney
Email:  Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ms. Jaycee Collier   (U.S. Mail)

s/ Brian R. Leedy
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Brian_Leedy@fd.org
Attorney for Defendant