IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JAYCEE L. COLLIER**,

    Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**
_____

    Mr. Collier, through undersigned counsel, and unopposed by counsel for the government, respectfully requests a continuance of the change of plea hearing scheduled for June 16, 2014, at 2:00 p.m.

    Mr. Collier, through counsel, filed a "Notice of Disposition" on May 30, 2014. Doc. 18. On the same day a change of plea hearing was scheduled for June 16, 2014. Doc. 19. Undersigned counsel requires additional time to review and discuss the plea documents with Mr. Collier in advance of a change of plea hearing. Counsel for the government has requested that the Court be informed that they are unavailable on June 27, 2014.

    Wherefore, Mr. Collier, through counsel and unopposed by government counsel, requests a continuance of the change of plea hearing currently scheduled for June 16,

2014.  Additionally, both parties request permission to contact chambers directly in order to schedule a continued hearing date that accommodates the Court's calendar, and those of the parties.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender, Interim

        s/ Brian R. Leedy
        BRIAN R. LEEDY
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Brian_Leedy@fd.org
        Attorney for Defendant

Case No. 1:14-cr-00139-WJM   Document 20   filed 06/09/14   USDC Colorado   pg 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2014, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Martha Ann Paluch
> Assistant U.S. Attorney
> Email:  Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> Ms. Jaycee Collier   (U.S. Mail)

>                                s/ Brian R. Leedy
>                                BRIAN R. LEEDY
>                                Assistant Federal Public Defender
>                                633 Seventeenth Street, Suite 1000
>                                Denver, Colorado  80202
>                                Telephone:  (303) 294-7002
>                                FAX:  (303) 294-1192
>                                Brian_Leedy@fd.org
>                                Attorney for Defendant