IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Kathy Preuitt-Parks          Date:  August 6, 2014
Court Reporter:   Gwen Daniel                  Interpreter: n/a

_____

Criminal Action No. 14-cr-00139 -WJM           <u>Counsel:</u>

UNITED STATES OF AMERICA,                      Martha Paluch

     Plaintiff,

v.

JAYCEE L. COLLIER,                             Brian Leedy

     Defendant.

_____

## COURTROOM MINUTES
_____

CHANGE OF PLEA HEARING

11:02 a.m.     Court in Session

Appearances of counsel.

Defendant is present and on bond.

Defendant sworn and states full name.  Defendant is 30 years old.

Defendant advised of maximum penalties.

Defendant's right to trial to jury and other constitutional rights explained.

Count 1 of the Indictment read to the Defendant.

Defendant pleads guilty to Count 1 of the Indictment and admits to the forfeiture allegation.

Page Two
14-cr-00139-WJM
August 6, 2014

**ORDERED:** Court Exhibit 1 - Plea Advisement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are RECEIVED into evidence.

**ORDERED:** Defendant's plea of guilty is ACCEPTED.

**ORDERED:** The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, MUST be filed no later than 14 days prior to the date of the sentencing hearing. Proposed orders on such motions must be provided to the Chambers e-mail address at the same time. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.

**ORDERED:** Sentencing is set for October 16, 2014 at 2:00 p.m.

**ORDERED:** All hearings and settings in this case other than the Sentencing date are hereby VACATED.  Any pending motions are hereby DENIED as moot.

**ORDERED:** Bond is continued.

11:25 a.m.   Court in Recess
             Hearing Concluded
             Time: 23 minutes