IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JAYCEE L. COLLIER**,

       Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING**
_____

       Mr. Collier, through undersigned counsel, and unopposed by counsel for the government, respectfully requests a continuance of the sentencing hearing scheduled for October 16, 2014, at 2:00 p.m.  Undersigned counsel and the United States Probation Officer who will prepare the presentence investigation report (PSR) require additional time to schedule and conduct the presentence interview of Mr. Collier in advance of the submission of the PSR to the Court and the parties.  Undersigned counsel has conferred with government counsel, who does not oppose this request.

       Wherefore, Mr. Collier, through undersigned counsel, and unopposed by the government requests a continuance of the scheduled sentencing hearing.  Both parties

further request permission to contact chambers jointly in order to reschedule the hearing to a date and time that accommodates the Court's calendar, and those of the parties.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender, Interim


s/ Brian R. Leedy
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Brian_Leedy@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2014, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch
    Assistant U.S. Attorney
    Email:  Martha.Paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ms. Jaycee Collier   (U.S. Mail)


    s/ Brian R. Leedy
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Brian_Leedy@fd.org
    Attorney for Defendant