IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00139-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYCEE L. COLLIER,

    Defendant.

---

**GOVERNMENT'S UNOPPOSED MOTION TO
CHANGE TIME FOR SENTENCING HEARING**

---

The United States of America, through Assistant U.S. Attorney Martha A. Paluch, respectfully requests that the sentencing hearing currently scheduled in this matter to occur at 10:30 a.m. on November 18, 2014, be changed to 3:30 p.m. on that same day. As grounds for this motion, the government states as follows:

1. Undersigned counsel is scheduled to start a three-week jury trial in the Honorable Christine M. Arguello's courtroom on November 3, 2014, in *United States v. Brokaw, et al.,* 13-cr-00392-CMA.   Trial days are scheduled to start at 8:00 a.m. and end at 2:30 p.m.

2. Undersigned counsel contacted Defendant Jaycee L. Collier's counsel, Assistant Federal Public Defender Brian Leedy, to confirm that he and his client are available to conduct the sentencing hearing later in the afternoon of November 18, 2014, so that undersigned counsel could appear at the

1

sentencing hearing rather than having a colleague appear for her. Mr. Leedy stated that he and his client are available on that date and at that time, and do not oppose this motion.

3. The parties then contacted chambers via telephone on October 21, 2014, to confirm whether the Court would be available to conduct the sentencing hearing at 3:30 p.m. on November 18, 2014.

4. Given that the original change of plea and sentencing hearing dates in this case were both continued, Docs. 21 and 28, the government respectfully requests that sentencing proceed as scheduled on November 18, 2014, but at the later time of 3:30 p.m., provided the Court is available to conduct the hearing at that time.

Respectfully submitted this 21st day of October, 2014.

JOHN F. WALSH
United States Attorney

s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on this 21st day of October, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Brian R. Leedy
Assistant Federal Public Defender
Counsel for Defendant Jaycee L. Collier
633 Seventeenth Street, Suite 1000
Denver, CO   80202
Brian_Leedy@fd.org


Mr. Darren Streich
U.S. Probation Officer
Darren_Streich@cod.uscourts.gov


               *s/ Dee Boucher*
               United States Attorney's Office