IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable William J. Martinez

Criminal Case No.   14-cr-00139-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYCEE L. COLLIER,

    Defendant.

---

**ORDER ON THE GOVERNMENT'S UNOPPOSED MOTION TO
CHANGE TIME FOR SENTENCING HEARING**

---

THIS MATTER comes before the Court on the Government's Unopposed Motion to Change Time for Sentencing Hearing, Doc. _____.

Upon good cause shown,

IT IS ORDERED that the sentencing hearing in this case currently scheduled for 10:30 a.m. on November 18, 2014, is hereby rescheduled to 3:30 p.m. on that same day.

DATED this _____ day of October, 2014.

                                                       _____
                                                       WILLIAM J. MARTINEZ
                                                       UNITED STATES DISTRICT COURT JUDGE
                                                       DISTRICT OF COLORADO