**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAYCEE L. COLLIER,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT
AGAINST DEFENDANT JAYCEE L. COLLIER**
_____

        THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Jaycee L. Collier pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

        On April 8, 2014, the grand jury charged Defendant Jaycee L. Collier in Counts 1 through 5 with violations of 18 U.S.C. § 1343, Wire Fraud, and in Counts 6-18 with violations of 18 U.S.C. § 201(b)(2)(B), Bribery of a Public Official.  The Indictment also sought forfeiture in the form of a personal money judgment against Defendant Jaycee L. Collier, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the amount of $125,000  (Doc. #1).

        On August 6, 2014, the United States and Defendant Jaycee L. Collier entered into a Plea Agreement, which provides a factual basis and cause to issue a personal

money judgment pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.  (Doc. #25).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $125,000.00 is subject to forfeiture as proceeds obtained by defendant Jaycee L. Collier through commission of the offense in Count 1 for which he has pleaded guilty and pursuant to the terms of the plea agreement in this case.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Jaycee L. Collier in the amount of $125,000.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to Federal Rule of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this ____ day of _____, 2014.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE