IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 14-cr-0139-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYCEE L. COLLIER

    Defendant.

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT JAYCEE L. COLLIER**

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Jaycee L. Collier pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure ("Motion"). (ECF No. 34.)

On April 8, 2014, the grand jury charged Defendant Jaycee L. Collier in Counts 1 through 5 with violations of 18 U.S.C. § 1343, Wire Fraud, and in Counts 6-18 with violations of 18 U.S.C. § 201(b)(2)(B), Bribery of a Public Official. (ECF No. 1.) The Indictment also sought forfeiture in the form of a personal money judgment against Defendant Jaycee L. Collier, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the amount of $125,000. (*Id.*)

On August 6, 2014, the United States and Defendant Jaycee L. Collier entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and

Rule 32.2(b) of the Federal Rules of Criminal Procedure. (ECF No. 25.)

In accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure, the Court ORDERS as follows:

1. That $125,000.00 is subject to forfeiture as proceeds obtained by Defendant Jaycee L. Collier through commission of the offense in Count 1, for which he has pleaded guilty and pursuant to the terms of the plea agreement in this case;

2. That a Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Jaycee L. Collier in the amount of $125,000.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

3. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

4. That this Preliminary Order of Forfeiture may be amended pursuant to Federal Rule of Criminal Procedure, Rule 32.2(e)(1).

Dated this 30th day of October, 2014.

BY THE COURT:

William J. Martinez
United States District Judge