IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

CASE NO. 14-cr-0139-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **JAYCEE L. COLLIER**,

    Defendant.

_____

### ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

This matter is before the Court on the Defendant's Motion for Leave to Restrict Access filed on November 4, 2014 (ECF No. 37). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

Defendant's Motion for Leave to Restrict Access is GRANTED. The Documents filed at ECF Nos. 38 and 39 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court).

Dated this 4th day of November, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge