**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

CASE NO. 14-cr-0139-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    JAYCEE L. COLLIER**,

       Defendant.
_____

**ORDER GRANTING MOTION TO RESTRICT DOCUMENT**
_____

This matter is before the Court on the Government's Motion for Leave to Restrict Document filed on November 14, 2014 (ECF No. 43).  The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

The Government's Motion to Restrict Document is GRANTED.  The Documents filed at ECF Nos. 44 and 45 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable by Selected Parties and the Court).

Dated this 14th day of November, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge