IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYCEE L. COLLIER,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves the Court, after having accepted Defendant's plea of guilty to Count 1 of the Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 2-18 of the Indictment at the time of sentencing.

    Respectfully submitted,

    *s/ Martha A. Paluch*
    Martha A. Paluch
    Assistant U.S. Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, CO  80202
    (303) 454-0100
    Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on this 17th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brian R. Leedy
Attorney for Defendant
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Brian_Leedy@fd.org.

Darren Streich
U.S. Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294
(303) 335-2426
Darren_Streich@cod.uscourts.gov

*s/ Dee Boucher*_____
United States Attorney's Office