**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAYCEE L. COLLIER,

      Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

      The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

      Respectfully submitted,

      *s/ Martha A. Paluch*
      Martha A. Paluch
      Assistant U.S. Attorney
      United States Attorney's Office
      1225 17th Street, Suite 700
      Denver, CO  80202
      (303) 454-0100
      Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 17th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brian R. Leedy
Attorney for Defendant
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Brian_Leedy@fd.org.

Darren Streich
U.S. Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294
(303) 335-2426
Darren_Streich@cod.uscourts.gov

*s/ Dee Boucher*
United States Attorney's Office