IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JAYCEE L. COLLIER**,

    Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING**
_____

    Mr. Collier, through undersigned counsel, and unopposed by counsel for the government, respectfully requests a continuance of the sentencing hearing scheduled for November 18, 2014, at 3:30 p.m.  Undersigned counsel has conferred with government counsel, who does not oppose this request.  Both parties have also contacted chambers in order to inform the Court of this request.

    Mr. Collier was admitted into the hospital last week for a scheduled procedure. Undersigned counsel remained in contact with Mr. Collier after the procedure in light of the scheduled sentencing date.  Mr. Collier anticipated being released yesterday and informed undersigned counsel that he would be able to attend the sentencing hearing. However, as of the date and time of this filing, Mr. Collier has not been cleared for discharge due to continued complications with his recovery from the procedure. Undersigned counsel apologizes to all parties for any inconvenience caused by the late nature of this request.

Wherefore, Mr. Collier, through undersigned counsel, and unopposed by the government requests a continuance of the scheduled sentencing hearing. Both parties further request permission to contact chambers jointly in order to reschedule the hearing to a date and time that accommodates the Court's calendar, and those of the parties.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender, Interim


s/ Brian R. Leedy
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Brian_Leedy@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2014, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch
    Assistant U.S. Attorney
    Email:  Martha.Paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:


    Ms. Jaycee Collier   (U.S. Mail)


    s/ Brian R. Leedy
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Brian_Leedy@fd.org
    Attorney for Defendant