IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAYCEE L. COLLIER,

     Defendant.

---

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

---

The United States of America, by and through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, respectfully moves to restrict the document, attachment, any order revealing the contents of that document and attachment, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 2" Restriction which would make the document, attachment, any order reveling the contents of that document and attachment and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

1

Dated this 24th day of November, 2014.

JOHN F. WALSH
United States Attorney

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0401
Martha.paluch@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of November, 2014, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.


Brian R. Leedy
Attorney for Defendant
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Brian_Leedy@fd.org.

Darren Streich
U.S. Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294
(303) 335-2426
Darren_Streich@cod.uscourts.gov


*s/ Dee Boucher*
U.S. Attorney's Office