IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00139-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     **JAYCEE L. COLLIER**,

       Defendant.

_____

## MOTION TO RESTRICT ACCESS
_____

       Mr. Collier, by and through counsel, Brian R. Leedy Assistant Federal Public Defender, respectfully requests that, for reasons articulated in the supporting brief, Document Nos. 59 and 60, be docketed under Level 2 Restriction.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ Brian R. Leedy
       BRIAN R. LEEDY
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Brian_Leedy@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, I electronically filed the foregoing

**MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch
Assistant U.S. Attorney
Email: Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Jaycee Collier   (U.S. Mail)

s/ Brian R. Leedy
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Brian_Leedy@fd.org
Attorney for Defendant