IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-0139-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     **JAYCEE L. COLLIER**,

       Defendant.

_____

## ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

This matter is before the Court on Defendant's Motion to Restrict Access filed on January 8, 2015 (ECF No. 58). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

Defendant's Motion to Restrict Access is GRANTED. The Documents filed at ECF Nos. 59 and 60 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Participants and the Court).

Dated this 8th day of January, 2015.

                                             BY THE COURT:

                                             _____
                                             William J. Martínez
                                             United States District Judge