IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen  Date:  January 15, 2015
Court Reporter:    Gwen Daniel     Probation: Justine Kozak

_____

Criminal Action No. 14-cr-00139-WJM          *Counsel:*

UNITED STATES OF AMERICA,                    Martha Paluch

    Plaintiff,

v.

JAYCEE L. COLLIER,                           Brian Leedy

    Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

02:00 p.m.   Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Ms. Paluch

Sentencing Statement by Mr. Leedy

**ORDERED:  The Government's Motion to Grant the Defendant An Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b) [48] is GRANTED.**

1

**ORDERED:   The Government's Motion to Dismiss Counts [47] is GRANTED. Counts two through eighteen are DISMISSED.**

**ORDERED:   Restricted [39] is GRANTED.**

Defendant's Allocution

| |
|---|
| Defendant plead guilty to Count 1 of the Indictment and admitted to the forfeiture allegation on 8/6/2014. |

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Jaycee Collier, is sentenced to Probation for 60 months.**

**While on Probation, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and he shall comply with the standard conditions that have been adopted by this Court.  It is a condition of Probation that the defendant pay in accordance with the Schedule of Payments Sheet set forth in the Judgment.**

**The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance. The Court waives the mandatory drug testing provision of 18 U.S.C. § 3583(d) because the Presentence Investigation Report indicates a low risk of future substance abuse by the defendant.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   Special Conditions of Probation:**

   1.   **The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.**

   2.   **As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation in this case.**

       **3.**    **The defendant shall be placed on home detention for a period of six months, to commence within 21 days of sentencing. During this period the defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones. The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.**

       **4.**    **The defendant shall complete 30 hours of community service as directed by the probation officer.**

**ORDERED:**    **The defendant shall make Restitution as follows:**

**The defendant shall pat to the United States Army Reserve restitution in the amount of $125,000 at the address specified in the Presentence Investigation Report.**

**ORDERED:**    **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**The Special Assessment and Restitution obligations are due immediately. Any Special Assessment and Restitution unpaid 30 days after entry of Judgment in this case shall be paid in monthly installment payments of not less than 10% of the defendant's gross household monthly income.**

**Within 60 days of entry of Judgment, the defendant shall meet with the probation officer to develop a plan for the payment of the unpaid portion of his financial obligations under the Court's Judgment. This Plan will be based upon the defendant's income and expenses. The Plan will be forwarded to the Court for review and approval.**

**The Court FINDS that the defendant does not have the ability to pay interest on the ordered Restitution, and the interest is WAIVED.**

**ORDERED:**    **Defendant has no ability to pay a fine, and the fine is waived.**

3

The defendant is advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

Ms. Paluch's comments

The Government requests that the Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant [35], entered on 10/30/2104, be included in the Judgment.

**ORDERED:   The Government's oral request that the Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant [35] be included in the Judgment is GRANTED.**

**ORDERED:   Defendant's bond is EXONERATED**.

02:31 p.m.    Court in Recess
              Hearing concluded.
              Time: 31 Minutes