CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. VS. JAYCEE L. COLLIER                    DKT. NO. 1:14CR00139-1

## PETITION TO MODIFY CONDITIONS OF PROBATION

COMES NOW, Ashlie C. Diener, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Jaycee L. Collier, who was placed on supervision by the Honorable William J. Martinez, sitting in the United States District Court in Denver, Colorado, on January 15, 2015.  The defendant was sentenced to five (5) years of probation for an offense of Wire Fraud, in violation of 18 U.S.C. § 1343. Supervision commenced on January 15, 2015, and is set to expire on January 14, 2020. As noted in the judgment [Document 63], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of probation as set forth herein.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

On June 10, 2016, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney Martha Ann Paluch was contacted and has no objection to the proposed modification.

On January 5, 2016, the defendant was involved in a dispute with his former roommate, which resulted in local police responding. The defendant was not arrested or charged in the matter; however, details of the dispute included his former roommate being in possession of a weapon. He was directed by U.S. Probation Officer Diener to leave the residence due to the hostile and unsafe nature of the living situation.

On May 31, 2016, U.S. Probation Officers Diener and Roberts conducted a routine initial home inspection at the defendant's residence of record to determine suitability. During the home visit, the defendant stated multiple times that he was the only person living in the home and that no one else "lives" or "stays" at the residence. USPO Diener asked the defendant on two occasions during the home visit if there were weapons or guns in the home, to which he stated no. Officers located a .50 caliber, black powder rifle, in the coat closet located directly next to the front door. A shotgun shell was also located in plain view on the dresser in an upstairs bedroom. A reasonable person would believe the bedroom was that of the defendant's, since that was the only bedroom with an unmade bed and an open and turned on laptop. The defendant was subsequently arrested by officers of the Colorado Springs Police Department and charged with Possession of a Weapon by a Previous Offender, El Paso County Court, Case Number 16-cr-2765, which has been dismissed.

Based on the above-noted information, I believe the proposed modification is warranted for the continued protection of the community and officer safety.

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Probation to include the following special condition:

1.  The defendant shall submit his/her person, property, house, residence, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer.  Failure to submit to search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his/her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Ashlie C. Diener*
Ashlie C. Diener
United States Probation Officer
Place:   Denver
Date:    June 20, 2016

*s/Edgar T. Ruiz*
Edgar T. Ruiz
Supervisory United States Probation Officer
Place:   Denver
Date:    June 20, 2016